**E-filed 1/19/06**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DEE VINCENT REYES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>THOMAS L. CAREY, Warden,<br><br>　　　　　Respondent. | Case Number C-06-207-JF<br><br>ORDER TO SHOW CAUSE |

Petitioner, a state prisoner currently incarcerated at the California State Prison-Solano, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented by counsel.

IT IS ORDERED as follows:

(1) The Clerk of the Court shall serve by certified mail a copy of the petition and a copy of this Order upon counsel for Respondent, the Attorney General of the State of California. The Clerk of the Court also shall serve a copy of this Order upon counsel for Petitioner, Michael Satris.

(2) Respondent shall, within thirty (30) days after receiving this order, file and serve upon Petitioner's counsel an answer conforming in all respects to Rule 5 of the Rules Governing

Section 2254 Cases, showing cause why a writ of habeas corpus should not issue. At the time the answer is filed, Respondent shall lodge with the Court all records relevant to a determination of the issues presented by the petition. If Respondent contends that Petitioner has failed to exhaust state remedies as to any ground for relief asserted in the petition, Respondent shall specify what state remedy remains available to Petitioner. If Respondent waives or concedes the issue of exhaustion, Respondent shall so state in the answer.

(3) Petitioner may file a traverse responding to matters raised in the answer within thirty (30) days after receiving the answer.

(4) Unless otherwise ordered by the Court, the matter will be deemed submitted upon the filing of the traverse or upon the expiration of time to file a traverse.

DATED: 1/19/06

_____
JEREMY FOGEL
United States District Judge

2

Case No. C-06-207-JF
ORDER TO SHOW CAUSE
(JFLC2)

Copies of Order mailed and E-mailed to:

Counsel for Petitioner:

Michael Satris
Law Office of Michael Satris
P.O. Box 337
Bolinas, CA 94924

Counsel for Respondent:

Office of the Attorney General of the State of California
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-3664